People v Hudson (2024 NY Slip Op 04015)

People v Hudson

2024 NY Slip Op 04015

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, DELCONTE, AND HANNAH, JJ.

515 KA 21-01186

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SEJOURN HUDSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.
JOHN J. FLYNN, DISTRICT ATTORNEY, BUFFALO (MICHAEL J. HILLERY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (James F. Bargnesi, J.), rendered July 27, 2021. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Hudson ([appeal No. 1] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court